448 A.2d 644

Estate of Grossman

Appeal of Kesselman et al.

Argued December 16, 1981. Jacob S. Richman, for appellants; Samuel S. Blank, for appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

The order of the Orphans' Court Division of the Court of Common Pleas of Philadelphia County, dated April 6, 1981 is affirmed and the order of the Orphans' Court Division of the Court of Common Pleas of Philadelphia County entered May 24, 1977 is affirmed.

445 A.2d 203

Hockenberry v. Hockenberry, Appellant.

Submitted April 1, 1981. W. David Marcello, for appellant; Anthony D. Miele, for appellee.

Before CERCONE, P. J., and HESTER and JOHNSON, JJ.

Order affirmed.